**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 98-20162

---

Carroll H. Wilkinson,

Plaintiff-Appellant,

VERSUS

Star Enterprise,

Defendant-Appellee.

---

Appeal from the United States District Court
For the Southern District of Texas
(H-96-CV-1284)

---

October 23, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges

PER CURIAM:[*]

Carroll Wilkinson appeals from the district court's grant of summary judgment for Star Enterprise with respect to her claim that she was subjected to employment discrimination based on her race in violation of Title VII, 42 U.S.C. § 2000e. Wilkinson argues that she has been deprived of equal employment opportunities because she has been denied promotions and raises in comparison to other non-minority employees performing similar work.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the parties' briefs and AFFIRM the district court's grant of summary judgment in favor of Star Enterprise.  <u>Wilkinson v. Star Enterprise</u>, No. H-96-1284 (S.D. Tex. Jan. 30, 1998).